141 A.3d 435

**Sherrod GEIGER, Petitioner**

v.

**COURT OF COMMON PLEAS FOR PHILA COUNTY, Respondent.**

**No. 66 EM 2016.**

Supreme Court of Pennsylvania.

July 5, 2016.

***ORDER***

PER CURIAM.

**AND NOW,** this 5th day of July, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**